**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION—AMTRAK, | |
| Petitioner, | Civil Action No. 26-cv-3339 |
| v. | **[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION IN AID OF ARBITRATION** |
| METRO-NORTH COMMUTER RAILROAD COMPANY, | |
| Respondent. | |

**UPON** Petitioner National Railroad Passenger Corporation's ("Amtrak") Petition for a Preliminary Injunction in Aid of Arbitration; the accompanying Memorandum in Support of Amtrak's Petition for Preliminary Injunctive Relief; and the accompanying Declaration of Christopher Jagodzinski, and exhibits; it is hereby:

**ORDERED** that opposing papers, if any, shall be served and filed on or before _____; and reply papers, if any, must be served and filed on or before _____; it is further

**ORDERED** that Respondent Metro-North Commuter Railroad Company ("Metro-North") must appear before the Honorable _____, District Judge, United States District Court for the Southern District of New York on _____ at _____ at the United States Courthouse, 500 Pearl St, New York, NY 10007, Courtroom ___, and show cause as to why the Court should not enter an order, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, granting a preliminary injunction in aid of arbitration enjoining Metro-North from denying Amtrak's requests for non-revenue train movements, including, but not limited to, movements of Amtrak's track geometry cars, equipment-repositioning movements, and

1

commissioning runs of Amtrak's NextGen Acela trains, on Metro-North's Hudson Line and New Haven Line, except where Metro-North's physical and financial capabilities; speed, weight or similar operating restrictions; or rules and safety standards require Metro-North to schedule the non-revenue train movement at a later date or time, until such time as a properly constituted arbitration panel rules otherwise; and granting such other and further relief as the Court deems just and proper; and it is further

**ORDERED** that service on Metro-North by overnight delivery via FedEx and by email of a copy of this Order, together with copies of the papers upon which it is based, shall be deemed good and sufficient.

Dated: _____, 2026
New York, New York

SO ORDERED.

_____
Hon.                                    , United States District Judge