**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL RAILROAD PASSENGER,
CORPORATION—AMTRAK,

                    Petitioner,

              v.                                    Civil Action No. _26-cv-3339_

METRO-NORTH COMMUTER RAILROAD
COMPANY,

                    Respondent.

**DECLARATION OF CHRISTOPHER JAGODZINSKI IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

I, Christopher Jagodzinski, declare as follows:

1.      I am employed by the National Railroad Passenger Corporation ("Amtrak"), petitioner in the above-captioned action. I submit this declaration in support of Amtrak's motion for a preliminary injunction seeking to maintain Amtrak's right to operate non-revenue service trains during the pendency of the parties' arbitration. Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge.

2.      I am currently Vice President, Commissioning & Corridor Optimization at Amtrak. In this role, I work to bring Amtrak's new assets, such as the NextGen Acela trainsets, into revenue service as well as optimize Amtrak's service on key lines such as those in the Northeast Corridor. With over 35 years of experience at Amtrak, I have deep expertise in Amtrak's operational requirements, including the non-revenue services needed for secure and consistent train service.

1

**I.    Amtrak Has Run Non-Revenue Train Services on Metro-North's New Haven and Hudson Lines for Over Thirty Years in Accordance with the Parties' Agreements.**

3.    Amtrak is a quasi-public corporation, created by Congress in 1970 to provide passenger rail service throughout the United States. *See* 49 U.S.C. § 24101(a). Amtrak does not own the majority of the rail lines it uses for passenger service. To create its nationwide passenger rail service network, Amtrak contracts with host railroads for shared usage of tracks that they own. One of the host railroads with whom Amtrak contracts is the Metro-North Commuter Railroad Company ("Metro-North").

4.    Amtrak operates passenger rail service on Metro-North's Hudson Line, which runs between New York City and Poughkeepsie, New York. Amtrak's right to operate on Metro-North's Hudson Line is governed by the parties' 1990 operating agreement ("Hudson Agreement"). A true and correct copy of the Hudson Agreement is attached to this declaration as **Exhibit A**.

5.    Amtrak's busiest corridor by far is the Northeast Corridor. Stretching from Washington, D.C. to Boston, Massachusetts, the Northeast Corridor is a foundational route that alone makes up approximately 50% of all Amtrak passenger trips, serving tens of thousands of passengers every week. Along this route, Amtrak uses some trackage controlled by Metro-North. Specifically, Amtrak uses the New Haven Line from New Rochelle, New York, to New Haven, Connecticut ("New Haven Line"). Amtrak's right to operate on Metro-North's New Haven Line is governed by the parties' 1991 operating agreement, most recently amended in 2015 ("New Haven Agreement, " and together with the Hudson Agreement, "the Agreements"). A true and correct copy of the New Haven Agreement is attached to this declaration as **Exhibit B**.

6.    The Agreements govern all of Amtrak's train movements on Metro-North's New Haven and Hudson Lines. Those train movements include both revenue service (i.e., Amtrak passenger trains) and non-revenue service.

2

7.      Non-revenue service encompasses essential train movements that Amtrak requires to maintain safe and reliable passenger transit.  These include: (a) commissioning and testing runs of NextGen Acela trainsets, which are required for the newly built trains to safely enter revenue service; (b) operating track geometry cars, which measure critical safety parameters as required by federal regulations; and (c) repositioning passenger equipment after regular maintenance for uninterrupted Amtrak service. Metro-North has previously approved these non-revenue train movements without objection, absent major operational concerns, for over thirty years under the Agreements.

### A. NextGen Acela Commissioning

8.      As part of a $2+ billion, decade-long infrastructure and equipment modernization project for the Northeast Corridor, Amtrak purchased twenty-eight NextGen Acela trainsets— high speed trains with increased passenger capacity, modern amenities, and the newest safety features.  These trainsets, once put into revenue service, will enable Amtrak to meet the increasing customer demand for passenger rail service in the Northeast Corridor.

9.      Sixteen of these trainsets are waiting to be put into service.  Before a new train can enter revenue service, it must complete a commissioning run on the Northeast Corridor, which includes Metro-North's New Haven Line.  The next commissioning run is scheduled for late April or early May of this year.

10.     NextGen Acela trainsets are constructed at a vendor's manufacturing plant in Hornell, New York.  To transport the trains from the manufacturing plant for testing, Amtrak must also use a portion of Metro-North's Hudson Line.

### B. Track Geometry Cars

11.    Under relevant regulations, for Amtrak to maintain its current speeds, track geometry cars must operate every two weeks to assess the track's safety parameters. Track geometry cars use sophisticated technology to measure track alignment, curvature, and other key parameters to detect concerns that human inspection alone cannot perceive. Amtrak meets federal track inspection requirements and maintains its current scheduled service by operating dedicated track geometry car trains every two weeks. To accomplish this on Amtrak's track east of the New Haven Line, Amtrak needs to move dedicated track geometry cars across the New Haven Line. An inability to move the track geometry cars on a non-revenue train makes it more difficult and costly to test Amtrak's track east of the New Haven Line.

### C. Equipment Positioning

12.    Amtrak routinely moves equipment between maintenance facilities for unscheduled repairs, scheduled maintenance, and other required safety inspections; this equipment must then be repositioned along Amtrak's routes to re-enter revenue service. Movement between these maintenance facilities requires the use of both Metro-North's Hudson and New Haven Lines.

13.    Amtrak regularly performs these non-revenue services, which are necessary for Amtrak to safely and reliably provide passenger service, on Metro-North's New Haven and Hudson Lines. Amtrak has performed non-revenue services for over thirty years under the Agreements without incident or objection.

14.    Currently, Amtrak's Charter Services group emails requests for these non-revenue train movements with ample advance notice to Metro-North's operations center, which approves them in the ordinary course. Over the past thirty years, denials have been very infrequent, and in the rare instances when Metro-North has denied Amtrak's request for non-revenue services in past

4

years, it was attributable to operational concerns that affected all train service, such as track closures. When denials have occurred, Metro-North has generally explained the nature of the operational constraint to Amtrak and discussed alternative scheduling for the non-revenue service.

## II. Metro-North Has Recently Begun Delaying or Denying Nearly All Amtrak's Requests to Perform Non-Revenue Services.

### A. The Pantograph Incident

15. While Amtrak was testing NextGen Acela trainsets in August of 2021, a NextGen Acela's pantograph, a device atop the train that enables it to receive power from overhead lines, was damaged on a Metro-North bridge at CP 244 in Westport, Connecticut.

16. Amtrak promptly notified Metro-North of this issue. Metro-North disclaimed responsibility for the incident and did not identify any damage to the bridge or associated track. Similar incidents with a pantograph at the same bridge occurred on a few different occasions.

17. To resolve this concern, Amtrak and Metro-North jointly developed an interim procedure to manually lower the pantograph when approaching the bridge to mitigate potential damages. By the fall of 2025, Amtrak and Metro-North had begun implementing this mitigation procedure.

18. Amtrak also began designing a new pantograph that would avoid this issue altogether. Amtrak and Metro-North were in communication about these efforts, and Metro-North agreed to begin testing the new pantograph on the New Haven Line as soon as it was available.

19. On January 20, 2026, the pantograph on a NextGen Acela passenger train that was not subject to the new procedure became damaged during revenue service on the New Haven Line. The pantograph subsequently damaged Metro-North's wiring for the track during Metro-North's rush hour.

20.     During the incident, Joe Lagana, Metro-North's Senior Vice President of Operations, called me about the impact on Metro-North.  In subsequent conversations, he demanded that Amtrak reimburse Metro-North for the event and damages caused.  In response, I explained my understanding that any costs from the incident would already be accounted for by a monthly "risk fee" that Amtrak pays Metro-North.  Mr. Lagana appeared unsatisfied with that explanation.

21.     Amtrak completed the lab testing of its new pantograph prototype in February 2026. On March 11, 2026, Amtrak and Metro-North agreed to operate the pantograph test train on Metro-North's tracks.  But when Amtrak submitted the request to Metro-North to test the updated pantograph for March 18, 2026, Mr. Lagana responded that there needed to be "an agreement put in place" prior to testing the new pantograph on Metro-North's tracks.

### B. *Metro-North's Recent and Systematic Delays and Denials of Amtrak's Requests to Conduct Critical Non-Revenue Services.*

22.     Since March 18, 2026, Metro-North has begun to deny non-revenue services on both lines, including moves of the NextGen Acela trainsets to prepare them for revenue service, track geometry car runs, and equipment repositioning. These non-revenue moves are unrelated to testing of the new pantograph. The parties are continuing to negotiate specific arrangements for testing the new pantograph on Metro-North's New Haven Line.

23.     Metro-North denied Amtrak's request to move a track geometry car on the New Haven Line scheduled for March 18-19, 2026.  Denying this move was in stark opposition to the Metro-North's established practice of routinely approving non-revenue movements. Metro-North did not specify any operational concern as a reason for denying access.

24.     Metro-North denied Amtrak's request to conduct equipment testing of a cab car, which is used to operate trainsets, on the Hudson Line scheduled for March 19, 2026.  Denying

6

this key safety measure went against Metro-North's established practice of routinely approving non-revenue movements. Metro-North did not specify any operational concern as a reason for denying access.

25. Metro-North denied Amtrak's request to move a track geometry car on the New Haven Line scheduled for March 23, 2026. Denying this move went against Metro-North's established practice of routinely approving non-revenue movements. Metro-North did not specify any operational concern as a reason for denying access.

26. Metro-North orally notified Amtrak that it would deny Amtrak's request to conduct a NextGen Acela commissioning run on the New Haven Line scheduled for March 24, 2026. Amtrak canceled this planned request upon hearing Metro-North's plan to deny the commissioning run. Metro-North did not specify any operational concern as a reason for denying access.

27. Metro-North orally denied Amtrak's request to reposition equipment on the New Haven Line scheduled for March 28, 2026. Denying this move went against Metro-North's established practice of routinely approving non-revenue movements. Metro-North did not specify any operational concern as a reason for denying access.

28. Metro-North denied Amtrak's request to move a NextGen Acela trainset on the Hudson Line scheduled for March 31, 2026. Denying this move went against Metro-North's established practice of routinely approving non-revenue movements, including an identical move that was approved a month prior. In the days preceding this scheduled move, I repeatedly inquired with Mr. Lagana about why the move had not yet been approved. Mr. Lagana repeated that Metro-North needed "an agreement," but did not specify the terms or scope of such an agreement, even when I asked for more detail. The official denial from Metro-North did not specify any operational concern as a reason for denying access, simply stating that it was "unable to accommodate this

7

request." Amtrak revised its request for April 1, 2026, and Metro-North denied it again due to "ongoing infrastructure repairs." After three days, Metro-North approved a delayed move of the train out of the manufacturing plant in Hornell. To my knowledge, there was no interruption to Amtrak or Metro-North revenue service on the Hudson Line during this time.

29. Amtrak had scheduled a commissioning run for a NextGen Acela trainset on the New Haven Line for April 9, 2026. In light of the repeated denials, Amtrak cancelled the planned request in the hopes of negotiating an alternative plan with the vendor housing the trainsets about delays and train testing.

30. After ignoring the request for several days, Metro-North denied Amtrak's request to move a track geometry car on the New Haven Line scheduled for April 15, 2026, the day before it was set to occur. Denying this move went against Metro-North's established practice of routinely approving non-revenue movements. Metro-North cited "potential conflicts with ongoing infrastructure improvements" as the basis for the denial, but it did not provide any reasoning as to why these improvements would hinder this non-revenue move.

31. Amtrak submitted another request on April 17 to schedule a track geometry car move on the New Haven Line on April 21-22, 2026. After Amtrak inquired again, Metro-North denied the request the day before the move was scheduled, stating only that it "will not be able to accommodate this move." Metro-North did not offer any other times for Amtrak to operate the track geometry train.

32. Amtrak has repeatedly contacted Metro-North to inquire about how to resolve the denials of these critical non-revenue services that violate the Agreements and are unrelated to the pantograph testing negotiations. Metro-North has yet to articulate a specific operational basis for the denials or provide guidance on how to provide for non-revenue services moving forward.

**III.    Amtrak Faces Immediate Service Disruptions for its Most Critical Routes if Metro-North Continues to Deny Non-Revenue Services.**

### A. NextGen Acela Train Movements

33.    Metro-North has already denied commissioning runs for a NextGen Acela trainset on the New Haven Line.  This commissioning run is critical to ensure that the trainset is reliable for revenue service.  In the face of Metro-North's denials, Amtrak has two options: either let the trains sit idle, or shorten its commissioning run to avoid use of the New Haven Line.

34.    Due to technical obsolescence and reliability concerns, older trains need to be retired from the Amtrak fleet and replaced by NextGen Acela trainsets.  NextGen Acela trainsets are needed for Amtrak to maintain currently planned levels of service.

35.    As a temporary workaround, Amtrak shortened its commissioning run for the NextGen Acela trainset to avoid use of the New Haven Line.  This truncated run prevents Amtrak from performing the full set of dynamic voltage tests, which puts the NextGen Acela reliability at risk when operating in New England during revenue service.  Poor mechanical reliability during revenue service negatively impacts Amtrak's schedule, passenger experience, and, most importantly, Amtrak's reputation as a reliable intercity rail provider.

36.    In addition, the Hudson Line is the only route approved by the Federal Railroad Administration ("FRA") for Amtrak to use for transporting the new trainsets from the manufacturing plant in Hornell, New York.  Metro-North has already denied Amtrak's requests to do so, delaying the delivery process as there is no other approved path for Amtrak to move the trains.

37.    Delays in moving the trains out of Hornell threaten Amtrak's relationship with the manufacturer, as Amtrak now risks defaulting on agreed-upon schedules for train departures and

train testing. These delays expose Amtrak to liability for damages; in fact, the manufacturer has already sought damages from Amtrak.

### B.  Track Geometry Cars

38.    For Amtrak to maintain its current speeds under federal regulations, track geometry cars must operate every two weeks to assess the track's safety parameters.  If Amtrak was prevented from performing this critical safety function on Amtrak's track east of New Haven, after fifteen days, it would have to slow all Acela trains from 160 miles per hour to 125 miles per hour in that portion of corridor, causing significant delays that would erode Amtrak's reputation as a reliable carrier.

39.    After 45 days without operating a geometry car, Amtrak would have to further slow its trains to 110 miles per hour, creating major delays and potential cancellations for both Acela and regional train service throughout the Northeast Corridor.  Eventually, without track geometry cars testing the portion of track east of New Haven, all trains would slow to 90 miles per hour, requiring systematic cancellations as Acela trains become handicapped at just over half of their originally planned speed.

40.    Metro-North has already denied Amtrak's repeated requests to move non-revenue track geometry cars on the New Haven Line.  To maintain track safety and train speeds, Amtrak opted to attach a track geometry car to the rear of a regularly scheduled passenger train.

41.    While this method allows Amtrak to avoid mandatory slowdowns for the time being, it still causes significant delays and costs.  Due to Amtrak's engine configurations, which are necessary for efficient service, attaching a geometry car to a passenger train is costly and time-consuming.  The geometry car can only operate at a maximum of 110 miles per hour, slowing the attached train's journey, which in turn delays the hundreds of passengers on board.  While Amtrak

has attached the car to late-night passenger trains in an effort to reduce the impact of the reduced speed on other trains, it still delays passengers on the late-night train and requires Amtrak to incur significant expenses to pay overtime to its employees conducting the inspection.

### C. Equipment Repositioning

42.    Without the ability to move equipment across Metro-North's track, Amtrak will be forced to reduce its current levels of service due to delays and cancellations. Equipment repositioning allows for regular maintenance, inspection, and rebalancing of the fleet after any unplanned service to fulfill planned daily passenger service.

43.    As discussed above, Metro-North recently denied multiple Amtrak's requests to reposition its equipment. After negotiation, Metro-North allowed limited moves of some locomotives several days later than planned.

44.    These denials have already caused Amtrak to cancel or delay trains as it adopts mitigating alternatives that maintain safe and timely passenger service. Additional denials would cause more severe delays and cancellations, calling Amtrak's reputation as a reliable service provider into question.

45.    Amtrak values its reputation for consistency and reliability in intercity rail service; in an environment of constant uncertainty as to whether and when Amtrak can move its own trains or conduct necessary safety procedures, it will become exceedingly difficult to uphold this reputation and fulfill its commitments to its customers, especially in such a heavily trafficked corridor.

11

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 22, 2026

Christopher Jagodzinski
Vice President, Commissioning & Corridor Optimization
National Railroad Passenger Corporation (Amtrak)