**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL RAILROAD PASSENGER
CORPORATION—AMTRAK,

               Petitioner,

         v.

METRO-NORTH COMMUTER RAILROAD
COMPANY,

               Respondent.

Civil Action No. 26-cv-3339

**NATIONAL RAILROAD PASSENGER CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Petitioner National Railroad Passenger Corporation ("Amtrak"), by and through undersigned counsel, submits the following Corporate Disclosure Statement:

National Railroad Passenger Corporation (Amtrak) is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. §24101 *et seq.* Amtrak has no parent corporation.  It has three wholly owned subsidiaries:  Passenger Railroad Insurance Limited (PRIL), Washington Terminal Company (WTC), and NERI PCC, Inc. (NERI).

The United States holds, through the U.S. Secretary of Transportation, 100% of Amtrak's preferred stock (109,396,994 shares at $100 par value).  Amtrak's common stock (9,385,694 shares at $10 par value) is held by American Premier Underwriters, Inc. (55.8%; a wholly owned, not publicly traded, subsidiary of American Financial Group, Inc., which is publicly traded), Burlington Northern and Santa Fe LLC (35.7%; BNSF LLC is a wholly-owned, not publicly

traded, subsidiary of Berkshire Hathaway, which is publicly traded) Canadian Pacific Railway (6.3%), and Canadian National Railway (2.2%).  None of Amtrak's stock is publicly traded.

Dated:  April 22, 2026          Respectfully submitted,

/s/ *Elizabeth Edmondson*_____

Elizabeth Edmondson
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 891-1606
eedmondson@jenner.com

*Counsel for Amtrak*

2