## AFFIRMATION OF SERVICE

| Case:<br>1:26-cv-3339-JSR | Court:<br>United States District Court Southern District of New York | County:<br>New York, NY | Job:<br>15743493 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>National Railroad Passenger Corporation (Amtrak) | | **Defendant / Respondent:**<br>Metro-North Commuter Railroad Company | |
| **Received by:**<br>RUSHReady Serve | | **For:**<br>Jenner & Block LLP | |
| **To be served upon:**<br>Metro-North Commuter Railroad Company | | | |

I, Joshua Lee, under penalty of perjury , depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** BELINDA RANDALL of Metro-North Commuter Railroad Company, Company: 420 Lexington Avenue, New York, NY 10017

**Manner of Service:** Authorized, Apr 24, 2026, 2:46 pm EDT

**Documents:** Summon, Petition,  Notice of Appearance, Order to Show Cause, Memo of Law, Declaration, Corporate Disclosure Statement

**Additional Comments:**
1) Unsuccessful Attempt: Apr 23, 2026, 5:10 pm EDT at Company: 420 Lexington Avenue, New York, NY 10017
I arrived at the location, went to the security and asked for the legal department for metro north. The security stated that they are dine for the day, and their day ends at 4pm.

2) Successful Attempt: Apr 24, 2026, 2:46 pm EDT at Company: 420 Lexington Avenue, New York, NY 10017 received by BELINDA RANDALL of Metro-North Commuter Railroad Company. Age: 55-60; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'5"; Hair: Brown; Eyes: Brown; Relationship: Manager of Admin; Other: Glasses;
I arrived at the location, gained access to the building and went to the 11th floor. I met with a female who identified herself as the Manager of Admin and accepted service.

_____     04/24/2026

Joshua Lee                          **Date**
2095110-DCA

RUSHReady Serve
67 West Street Suite: 401
Brooklyn, NY 11222
9146202266

Pursuant to NY CPLR § 2106. I affirm this 24 day of APRIL, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.