## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NATIONAL RAILROAD PASSENGER
CORPORATION—AMTRAK,

                    Petitioner,

        v.

METRO-NORTH COMMUTER RAILROAD
COMPANY,

                    Respondent.

Civil Action No. 26-cv-3339

[PROPOSED] ORDER TO SHOW
CAUSE FOR PRELIMINARY
INJUNCTION IN AID OF
ARBITRATION

**UPON** Petitioner National Railroad Passenger Corporation's ("Amtrak") Petition for a Preliminary Injunction in Aid of Arbitration; the accompanying Memorandum in Support of Amtrak's Petition for Preliminary Injunctive Relief; and the accompanying Declaration of Christopher Jagodzinski, and exhibits; it is hereby:

**ORDERED** that opposing papers, if any, shall be served and filed on or before May 8, 2026 ; and reply papers, if any, must be served and filed on or before May 15, 2026; it is further

**ORDERED** that Respondent Metro-North Commuter Railroad Company ("Metro-North") must appear before the Honorable Jed S. Rakoff , District Judge, United States District Court for the Southern District of New York on May 21, 2026 at 2:00 PM at the United States Courthouse, 500 Pearl St, New York, NY 10007, Courtroom 14B and show cause as to why the Court should not enter an order, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, granting a preliminary injunction in aid of arbitration enjoining Metro-North from denying Amtrak's requests for non-revenue train movements, including, but not limited to, movements of Amtrak's track geometry cars, equipment-repositioning movements, and

1

commissioning runs of Amtrak's NextGen Acela trains, on Metro-North's Hudson Line and New Haven Line, except where Metro-North's physical and financial capabilities; speed, weight or similar operating restrictions; or rules and safety standards require Metro-North to schedule the non-revenue train movement at a later date or time, until such time as a properly constituted arbitration panel rules otherwise; and granting such other and further relief as the Court deems just and proper; and it is further

**ORDERED** that service on Metro-North by overnight delivery via FedEx and by email of a copy of this Order, together with copies of the papers upon which it is based, shall be deemed good and sufficient.

Dated: ___4/2 9/___, 2026
New York, New York

SO ORDERED.

_____
Hon. Jed S. Rakoff , United States District Judge