**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NATIONAL RAILROAD PASSENGER
CORPORATION—AMTRAK,

                  *Petitioner*,

        - v. -

METRO-NORTH COMMUTER RAILRAOD
COMPANY,

                  *Respondent*.

Civil Action No. 26-cv-3339

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  *See* N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992). Accordingly, Rule 7.1 does not apply to Metro-North.

Dated:  April 27, 2026
        New York, NY

By:  */s/ Gregory F. Laufer*
      Gregory F. Laufer
      Samuel Kleiner
      PAUL, WEISS, RIFKIND, WHARTON
      & GARRISON LLP
      1285 Avenue of the Americas
      New York, NY 10019
      (212) 373-3000
      glaufer@paulweiss.com
      skleiner@paulweiss.com

*Attorneys for Respondent*