**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NATIONAL RAILROAD PASSENGER
CORPORATION—AMTRAK

          *Petitioner*,

- v. -

METRO-NORTH COMMUTER RAILROAD
COMPANY,

          *Respondent*.

Case No. 26-cv-3339 (JSR)

---

**DECLARATION OF GREGORY F. LAUFER
IN SUPPORT OF METRO-NORTH'S OPPOSITION TO
AMTRAK'S PETITION FOR A PRELIMINARY INJUNCTION
IN AID OF ARBITRATION**

I, Gregory F. Laufer, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member of this Court and a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorney for Respondent Metro-North Commuter Railroad Company ("Metro-North") in the above-captioned action. I respectfully submit this Declaration in support of Metro-North's Opposition to the National Railroad Passenger Corporation's ("Amtrak's") petition for preliminary injunctive relief.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a report entitled "Major Programs: Company Improved Management of a New Acela Program, but Additional Delays and Cost Increases are Likely," Report No. OIG-A-2023-013, published by the Amtrak Office of the Inspector General on September 29, 2023, which I obtained from www.amtrakoig.gov/sites/default/files/reports/OIG-A-2023-013%20%28REDACTED%29_0.pdf on May 5, 2026.

2

3.      Attached hereto as **Exhibit B** is a true and correct copy of an article entitled "Amtrak passengers say door issues caused delays on new high-speed Acela trains," published by CBS News on October 29, 2025, which I obtained from www.cbsnews.com/boston/news/amtrak-acela-door-issues-high-speed-train-boston-iteam/ on May 5, 2026.

4.      Attached hereto as **Exhibit C** is a true and correct copy of an article entitled "Amtrak Faces More Delays Rolling Out New Trains," published by The Wall Street Journal on December 22, 2025, which I obtained from www.wsj.com/us-news/amtrak-faces-more-delays-rolling-out-new-trains-3228327a on May 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2026
        New York, New York

By: */s/  Gregory F. Laufer*
        Gregory F. Laufer