# EXHIBIT B

MRC SECRETARY'S REG. NO. 1204

National Railroad Passenger Corporation, 60 Massachusetts Avenue, N.E., Washington, D.C. 20002 Telephone (202) 906-3000

**Amtrak**

FILE COPY –
RETURN TO REGISTRY

January 30, 1991

Mr. Peter E. Stangl
President
Metro-North Commuter Railroad
347 Madison Avenue
New York, NY  10017

Mr. James F. Byrnes, Jr.
Deputy Commissioner
Connecticut Department of
   Transportation
24 Wolcott Hill Road
P.O. Drawer A
Wethersfield, CT  06109

Gentlemen:

As you know, Amtrak, Metro-North, and the Connecticut Department of Transportation have negotiated an agreement for operation of Amtrak trains on the rail line between New Rochelle and New Haven (the "New Haven Line"), dated January 1, 1991. In conjunction with the execution of that agreement, the parties agree that Amtrak should have the ability, to the extent reasonably possible, to test high-speed operations and other operational improvements on the New Haven Line in an effort to improve its service in the future.  In order to effectuate this understanding, the parties agree that Metro-North and Connecticut DOT will continue their past practice of cooperating with Amtrak in efforts to implement higher operating speeds on the New Haven Line to the maximum extent permitted by applicable regulations of the Federal Railroad Administration.  In addition, Metro-North and Connecticut DOT will continue to assist Amtrak in its efforts to obtain reasonable modifications of or waivers from such regulations as may be necessary in order to undertake testing of new equipment and technologies.

*[handwritten: TYPO: SHOULD READ JAN. 1, 1990 PER WEZ. GLH]*

I would appreciate it if each of you would sign the extra copies of this letter that are enclosed so that we can have three copies of this letter executed by all three parties to memorialize our agreement.

Sincerely,

W. Graham Claytor, Jr.
Chairman and President

Agreed:

Peter E. Stangl
Metro-North Commuter Railroad

James F. Byrnes, Jr.
Connecticut Department of Transportation

FEB -5

AN EQUAL OPPORTUNITY EMPLOYER