**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION—AMTRAK,<br><br>    Petitioner,<br><br>    v.<br><br>METRO-NORTH COMMUTER RAILROAD COMPANY,<br><br>    Respondent. | Case No. 26-cv-3339 |

**DECLARATION OF ELIZABETH A. EDMONDSON IN SUPPORT**
**OF PLAINTIFF'S MOTION FOR A PRELIMINARY**
**INJUNCTION IN AID OF ARBITRATION**

I, Elizabeth A. Edmondson, declare as follows:

1.    I am a member of this Court and a partner at the law firm Jenner & Block LLP.  I represent Petitioner National Railroad Passenger Corporation ("Amtrak") in the above-captioned action.  I submit this Declaration in support of Amtrak's motion for a preliminary injunction in aid of arbitration.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a March 27, 2026 email from Jacklyn Meredith-Batchelor, Senior Associate General Counsel for Amtrak, to Eamonn Foley, General Counsel for Metro-North Commuter Railroad Company ("Metro-North").

3.    Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between Ms. Meredith-Batchelor and Mr. Foley, initiated by Ms. Meredith-Batchelor on April 14, 2026.  It contains emails from Ms. Meredith-Batchelor to Mr. Foley on April 14, 2026 and April 21, 2026.

4.      On May 14, 2026, I transmitted a notice to Metro-North containing a statement of the issues in this dispute and formally designating an arbitrator to initiate arbitration of this dispute.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 15, 2026
          New York, New York

/s/Elizabeth A. Edmondson_____
Elizabeth A. Edmondson
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1606
eedmondson@jenner.com

*Counsel for Amtrak*