# EXHIBIT 1

**From:** Meredith-Batchelor, Jackie <Jacklyn.Meredith@amtrak.com>
**Sent:** Friday, March 27, 2026 9:27 AM
**To:** Foley, Eamonn <efoley@mtahq.org>
**Subject:** Amtrak NextGen Acela Pantograph Testing Agr.

Good morning, Eamonn.

Attached please find Amtrak's revised draft of the NextGen Acela Pantograph Testing Agreement.  I have attached both a clean and a redlined version.

Since the operation of Amtrak test trains and other non-revenue movements are covered by the  New Haven Line Agreement, and have been occurring since its execution in 1991, we feel it important to reference that agreement in relation to this move and to adhere to its terms.

One of those terms is the liability regime, which requires each party to take on liability related to its infrastructure, rolling stock, passenger and employees, with Amtrak paying Metro-North a risk fee to compensate it for the risk associated with Amtrak's operation.  In 2026 that risk fee totals nearly $500,000.  Amtrak has been operating NextGen Acela trains on the Line under the New Haven Line Agreement, in both revenue non-revenue service, including the six dates referenced by Metro-North Operations staff. As such, Amtrak is not willing to retroactively adjust the contractual relationship to reimburse Metro-North for costs already covered by the New Haven Line Agreement.

That said, Amtrak is willing to consider certain modifications for the testing of the modified NextGen Acela trainset.  That test plan involves the operation of only one modified trainset for one night, traversing the location of past incidents several times in order to test the revised locomotive configuration.  We are willing to fund the cost of 2 Metro-North employees who will accompany this test train, and are willing to reimburse Metro-North for any costs incurred to inspect or repair its catenary infrastructure if this train operation leads to any damage.  However, we are not willing to modify the long-standing liability relationship for this operation.  The attached draft of the Pantograph Testing Agreement reflects these terms.

Separate from this issue, Metro-North Operations has been refusing (we think contrary to the terms of the relevant agreements and Amtrak's statutory rights) to allow unrelated Amtrak train operation on the New Haven Line and the Hudson Line, including periodic operation of the Amtrak geometry car which inspects and reports on track conditions on both the New  Haven Line and Amtrak-owned territory east of New Haven, providing FRA-required inspection of this broad operating territory.  This situation needs to be resolved.

We stand ready to meet to discuss and resolve these issues, along with any open issues in the attached Agreement.  We're happy to coordinate a meeting.  Who, from Metro-North is the business lead for this Agreement?  Amtrak's business lead is Tom Moritz.

Regards,

Jackie

1

*Jackie Meredith-Batchelor*
Sr. Associate General Counsel
Amtrak | Ten Penn Center | 1801 Market Street | 11th Floor| Philadelphia, PA 19103
(e-mail): Jacklyn.Meredith@amtrak.com| (Cell): 215-384-3977



CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it,  is sent by an attorney for the sole use of the intended recipient and may contain confidential and/or privileged information or other information subject to legal restrictions. If you are not the intended recipient, you may not read, use, copy, disclose or disseminate it. Any unauthorized review, use, disclosure or distribution is ***STRICTLY PROHIBITED***. If you are not the intended recipient or have received this email in error, please contact the sender by reply e-mail, delete all electronic copies of the original e-mail and destroy all other copies of the original message.

*Jackie Meredith-Batchelor*
Sr. Associate General Counsel
Amtrak | Ten Penn Center | 1801 Market Street | 11th Floor| Philadelphia, PA 19103