# EXHIBIT 2

**From:** Meredith-Batchelor, Jackie
**Sent:** Tuesday, April 21, 2026 3:47 PM
**To:** Foley, Eamonn <efoley@mtahq.org>
**Cc:** Nilforoshan, Hadi <Hadi.Nilforoshan@amtrak.com>
**Subject:** RE: Amtrak Non-Revenue Trains on Metro-North

Good afternoon, Eamonn.

Last week, Amtrak made very clear that it is unacceptable for Metro-North to deny or delay Amtrak's requests for non-revenue trains without meaningful explanation and without offering Amtrak alternative time slots. As we explained, Metro-North's unjustified denials of access are frustrating Amtrak's ability to conduct required safety inspections and causing Amtrak to incur late fees from a supplier, among other impacts.

Metro-North has failed to provide a satisfactory response to Amtrak's reasonable requests that Metro-North provide an explanation for the denials and offer dates on which the geometry cars can run. Instead, after initially ignoring Amtrak's latest request for days, Metro-North on Monday again denied a request for the geometry car to run on April 21-22. Metro-North again provided no explanation for the denial nor offered any other time slots or path forward.

Amtrak has been proceeding in good faith to try to address Metro-North's concerns, including by negotiating with Metro-North about the pantograph testing. But Amtrak will not be forced to negotiate new agreements with Metro-North under duress. Absent a commitment from Metro-North that these unjustified denials will cease immediately, Amtrak will be forced to take steps to enforce its rights under the contracts.

Regards,

Jackie

*Jackie Meredith-Batchelor*
Sr. Associate General Counsel
Amtrak | Ten Penn Center | 1801 Market Street | 11th Floor| Philadelphia, PA 19103
(e-mail): Jacklyn.Meredith@amtrak.com| (Cell): 215-384-3977



CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it, is sent by an attorney for the sole use of the intended recipient and may contain confidential and/or privileged information or other information subject to legal restrictions. If you are not the intended recipient, you may not read, use, copy, disclose or disseminate it. Any unauthorized review, use, disclosure or distribution is ***STRICTLY PROHIBITED***. If you are not the intended recipient or have received this email in error, please contact the sender by reply e-mail, delete all electronic copies of the original e-mail and destroy all other copies of the original message.

**From:** Meredith-Batchelor, Jackie
**Sent:** Tuesday, April 14, 2026 4:51 PM
**To:** Foley, Eamonn <efoley@mtahq.org>

**Cc:** Nilforoshan, Hadi <Hadi.Nilforoshan@amtrak.com>
**Subject:** Amtrak Non-Revenue Trains on Metro-North

Good afternoon, Eamonn.

In advance of our respective clients' business meetings on Wednesday, we want to underline that an issue we brought to your attention is still unresolved and causing increasing harm to Amtrak and Amtrak's customers.  Since March 18, Metro-North has denied or delayed access to non--revenue trains on the New Haven Line and Hudson Line on at least 8 occasions without meaningful explanation – unprecedented in our more than 30-year history under these agreements.  This is frustrating Amtrak's ability to conduct FRA-required inspections of track conditions on Amtrak-owned territory east of New Haven and causing Amtrak to risk incurring late fees from a supplier.

This situation is untenable. At tomorrow's meeting, Metro-North needs to be prepared to discuss why it has begun denying Amtrak access to both lines and offer an immediate path forward. Further, if not previously provided, Metro-North also needs to provide a date on which the geometry car *can* run (consistent with Amtrak's request).

As information, following is a list of some of Amtrak's non-revenue train requests Metro-North has either denied without meaningful explanation or, equally problematic, ignored:

> 3/18 – 3/19 - Track geometry test train on New Haven Line - Denied
>
> 3/19 – P42c cab car testing at CP 75 on Hudson Line - Denied
>
> 3/23-3/24 – Track geometry test train on New Haven Line- Denied
>
> 3/24 – Next Gen commissioning test run on New Haven Line – canceled due to verbal notification from Metro-North that a written request would be denied
>
> 3/28 – Next Gen Acela equipment positioning move on New Haven Line - Denied
>
> 3/31 – Shipment of Next Gen Acela 28 from Alstom to Philadelphia on Hudson Line – Denied then permitted after a 3-day delay
>
> 4/15 – Track geometry test train on New Haven Line – No response from Metro-North to multiple requests beginning the week of 4/6, resulting in a cancellation of the test run on 4/15 if no approval is received by this afternoon
>
> 4/29-4/30 - Track geometry test train on New Haven Line – Request submitted, awaiting a response

Also, we await your response to Amtrak's April 13th revised draft Acela NextGen Pantograph Testing Agreement.  I believe that we are near resolution on that agreement, so we look forward to finalizing that Agreement.

Regards,

Jackie

*Jackie Meredith-Batchelor*
Sr. Associate General Counsel
Amtrak | Ten Penn Center | 1801 Market Street | 11th Floor| Philadelphia, PA 19103
(e-mail): Jacklyn.Meredith@amtrak.com| (Cell): 215-384-3977



CONFIDENTIALITY NOTICE: This email transmission, and any documents, files or previous email messages attached to it, is sent by an attorney for the sole use of the intended recipient and may contain confidential and/or privileged information or other information subject to legal restrictions. If you are not the intended recipient, you may not read, use, copy, disclose or disseminate it. Any unauthorized review, use, disclosure or distribution is ***STRICTLY PROHIBITED***. If you are not the intended recipient or have received this email in error, please contact the sender by reply e-mail, delete all electronic copies of the original e-mail and destroy all other copies of the original message.