UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL RAILROAD PASSENGER
CORPORATION--AMTRAK

       Petitioner,

  -v-

METRO-NORTH COMMUTER RAILROAD
COMPANY,

       Respondent.

26-cv-3339 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the petition of National Railroad Passenger Corporation--Amtrak ("Amtrak") for a preliminary injunction in aid of arbitration against respondent Metro-North Commuter Railroad Company ("Metro-North"). Following full briefing, the Court heard oral argument on the petition on May 21, 2026.

Although a closer question than Metro-North acknowledges, upon careful consideration of the briefs, the supportive declarations, and the arguments of counsel, the Court hereby denies the petition. An Opinion setting forth the reasons for this Order will issue in due course.

    SO ORDERED.

New York, NY
May 22, 2026

JED S. RAKOFF, U.S.D.J.

1