**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER
CORPORATION---AMTRAK,

        Petitioner,          26 **CIVIL** 3339 (JSR)

   -against-            **JUDGMENT**

METRO-NORTH COMMUTER RAILROAD
COMPANY,

        Respondent.
-----------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Opinion & Order dated June 01, 2026, the Court reconfirms its

bottom-line order denying Amtrak's petition for a preliminary injunction in aid of arbitration;

accordingly, the case is closed.

**Dated:** New York, New York

   June 3, 2026

                **TAMMI M. HELLWIG**
               _____
                 **Clerk of Court**

        **BY:** _____
                **Deputy Clerk**